# Court of Appeals
# of the State of Georgia

ATLANTA,   July 25, 2012     

*The Court of Appeals hereby passes the following order:*

## A12D0448.  GREGORY ROGER CHAMBERS v. JENNIFER MICHELLE CHAMBERS.

Gregory Roger Chambers and Jennifer Michelle Chambers were divorced in 1995, and the final divorce decree directed Gregory Chambers to pay child support to Jennifer Chambers for the parties' minor son.  In 2009, Jennifer Chambers moved to modify Gregory Chambers's support obligation.  The trial court entered a temporary order changing the amount of the obligation, and it later found Gregory Chambers in contempt for failing to comply with that order.  Gregory Chambers now seeks discretionary review in this Court.

The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6).  In Georgia, child support is a form of alimony.  See *Jones v. Jones*, 280 Ga. 712, 715-716 (1) (632 SE2d 121) (2006).  Jurisdiction over actions to modify a divorce decree's child support provisions or to hold a party in contempt for failing to comply with those provisions lies in the Supreme Court.  See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); *Smith v. Smith*, 254 Ga. 450, 451 (1) (330 SE2d 706) (1985).  Accordingly, because this matter involves child support modification, we lack jurisdiction over the application, which is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/25/2012
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*